IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE HARRIGAN-BRAXTON, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 21-5240 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **25th** day of **July, 2023**, upon consideration of Defendant Temple University Hospital's Motion for Summary Judgment (ECF 10), which Plaintiffs did not timely oppose it is **ORDERED** that Defendants' Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendant Temple University Hospital Inc. and against Plaintiffs Jeanette Harrigan-Braxton, Charles Bowen, and Bunny Verette.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
Berle M. Schiller, J.